# LAW OFFICES OF
# SCOTT B. TULMAN & ASSOCIATES, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE
18TH FLOOR
NEW YORK, NEW YORK 10169
(212) 867-3600
TELECOPIER: (212) 867-1914
WWW.TULMANLAW.COM

May 25, 2020

The Honorable Richard J. Sullivan
United States Circuit Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Kieta Armstead
17 Cr. 486 (RJS)

Dear Judge Sullivan:

I represent Kieta Armstead in connection with this pending Violation of Supervised Release proceeding ("VOSR"). The VOSR proceeding was commenced after Mr. Armstead left the Northern District of New York in May, 2019, and was arrested by federal authorities for violations of the federal narcotics laws in the District of Vermont. Mr. Armstead pleaded guilty to these Vermont federal charges and was sentenced principally to 98 months' incarceration on February 14, 2020 under Docket No. 19 CR 127 (Reiss, J.). Transferred to the Southern District for this VOSR proceeding on or about March 16, 2020, a hearing was scheduled for April 27, 2020 and rescheduled, on consent, to May 28, 2020, at 10:30 a.m., to afford me an opportunity to consult with my client and the Government.

Having now had this opportunity, I respectfully request that the VOSR hearing be adjourned an additional forty-five days and that the matter be set down for guilty plea and sentencing by video/telephonic conference. We further request that the Court set a schedule for the submission of sentencing submissions in advance of sentencing. My client has no intention of denying the Department of Probation's specifications that he admitted to in his guilty plea in Vermont. He does seek an opportunity to be heard in advance of his sentencing. The Government does not oppose this application.

I apologize for the untimely submission of this request. Communication with Mr. Armstead is sporadic, and I required clarification as to whether he consented to this adjournment.

Respectfully submitted,

Scott B. Tulman

SBT:ss
cc: Sebastian Swett, Esq., AUSA

---

In light of Supervisee's request, to which the government does not object, IT IS HEREBY ORDERED THAT the status conference previously scheduled for May 28, 2020 shall be adjourned to July 16, 2020 at 10:30 a.m. by video/teleconference. IT IS FURTHER ORDERED THAT Supervisee's sentencing submission is due no later than July 2, 2020, and the government's submission is due no later than July 9, 2020.

SO ORDERED
Dated: 5/26/20
RICHARD J. SULLIVAN
U.S.D.J.