UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

KIETA ARMSTEAD,

Defendant.

No. 17-cr-486 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The presentment of Defendant Kieta Armstead on alleged violations of the terms of his supervised release, which was previously scheduled for July 16, 2020 at 10:30 a.m., will instead take place at 11:00 a.m. that same day in order to permit the parties to utilize the CourtCall platform designed for video teleconference proceedings.  A separate order will issue in due course with the details for accessing that conference.

If possible, defense counsel shall discuss the attached Waiver of Right to be Present at Criminal Proceeding with Defendant prior to the proceeding.  If the Defendant consents, and is able to sign the form (either personally or, in accordance with Standing Order M10-468, 20-mc-174 (CM) (S.D.N.Y. Mar. 27, 2020), by defense counsel), defense counsel shall provide the Court with the executed form at least 24 hours prior to the proceeding.  In the event Defendant consents, but counsel is unable to obtain or affix Defendant's signature on the form, the Court will conduct an inquiry at the outset of the proceeding to determine whether it is appropriate for the Court to add Defendant's signature to the form.

SO ORDERED.

Dated:      July 6, 2020
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA

                        -v-

KIETA ARMSTEAD,
                                      Defendant.
----------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

**17-CR-486 (RJS)**

**Check Proceeding that Applies**

\_\_\_\_      Arraignment

I have been notified of the specifications of violation of the terms of supervised release that have been filed against me and have discussed the specifications with my attorney.  I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York to confirm that I have received and reviewed the specifications; to have the specifications read aloud to me if I wish; and to enter a denial or admission of violation before the judge.  By signing this document, I wish to advise the court that I willingly give up my right to appear in a courtroom in the Southern District of New York to be informed of these specifications and to enter a denial or admission.

Date:      _____
                 Signature of Defendant


                 _____
                 Print Name


\_\_\_      Supervised Release Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic.  I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.

Date:      _____
                 Signature of Defendant


                 _____
                 Print Name


I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this

waiver form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.

Date:         _____
              Signature of Defense Counsel


              _____
              Print Name


**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it.  The interpreter's name is: _____.



Date:         _____
              Signature of Defense Counsel



**Accepted:**    _____
              Signature of Judge
              Date:

2