UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

KIETA ARMSTEAD,

Defendant.

No 17-cr-486 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

As indicated in the Court's previous order (Doc. No. 40), Defendant Kieta Armstead will be presented on a violation of supervised release on July 16, 2020 at 11:00 a.m. via videoconference. Chambers will email the parties directly with the instructions for accessing the CourtCall videoconference system.

Members of the public may monitor the proceedings through CourtCall's public access audio line by using the following credentials:

| | |
|---|---|
| Dial-in: | 855-268-7844 |
| Access code: | 67812309# |
| PIN: | 9921299# |

SO ORDERED.

Dated: July 9, 2020
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation